UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

MAR 2 6 2002

CLERK, U.S. DISTRICT COURT

By _____
Deputy

| | | |
|---|---|---|
| GENIFER TIDWELL, | § | |
|       **Plaintiff** | § | CASE NUMBER: 4:02-CV-0022-A |
| VS. | § | |
| | § | |
| CHEAPER THAN DIRT, | § | |
| | § | |
| | § | |
| | § | |
|       **Defendant.** | § | |

*Final Judgment*

## AGREED ORDER OF DISMISSAL WITH
## PREJUDICE AND FINAL JUDGMENT

~~Plaintiff Genifer Tidwell and Defendant CTD, Inc. d/b/a Cheaper than Dirt have filed a Joint~~

Motion to Dismiss with Prejudice and stipulated that they agree to the dismissal with prejudice of

Plaintiff's causes of action heretofore asserted or that could have been against Defendant and all

claims and causes of action asserted or that could have been asserted by Defendant against Plaintiff.

The Court finds that the parties are entitled to same as a matter of right and hereby:

ORDERS that all of the claims and causes of action, in their entirety, alleged or that could

have been alleged by Plaintiff against Defendant or by Defendant against Plaintiff in this lawsuit are

hereby dismissed with prejudice with each party bearing its own attorney's fees and costs.

*Signed 3/26*

~~Dated:~~ _____, 200_2_

_____
UNITED STATES DISTRICT JUDGE

ENTERED
MAR 27 2002
U.S.D.C.

**AGREED ORDER OF DISMISSAL WITH
PREJUDICE AND FINAL JUDGMENT – Page 1**



AGREED AS TO FORM AND SUBSTANCE:


Kathy Reilly Teel
  State Bar No.
KARGER KEY BARNES & SPRINGER LLP
Tandy Tower Two
300 West Third Street
Suite 1700
Fort Worth, TX 76102
Telephone:  817-336-7500
Facsimile:  817-336-7511

ATTORNEYS FOR DEFENDANT
CTD, INC. d/b/a CHEAPER THAN DIRT


Donald W. Kerry
  State Bar 00795865
1414 W. Randol Mill Road
Suite 203
Arlington, TX 76012
Telephone:  817-801-5052
Facsimile:  817-801-5418

ATTORNEY FOR PLAINTIFF
GENIFER TIDWELL


**AGREED ORDER OF DISMISSAL WITH
PREJUDICE AND FINAL JUDGMENT – Page 2**